# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS DALE TONKIN,** <br><br> Plaintiff, <br><br> v. <br><br> **NANCY A. BERRYHILL, Acting Commissioner of Social Security** <br><br> Defendant. | NO. CV 17-4726-KS <br><br> **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SIX THOUSAND FIVE HUNDRED DOLLARS ($6,500.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED: September 10, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE